THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY COLON, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ORTIZ, Appellant.

Submitted January 11, 2010; decided February 16, 2010

Motion for reargument denied [*see* 13 NY3d 343 (2009)].

Chief Judge LIPPMAN taking no part.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW SANCHEZ, Appellant.

Submitted Janaury 11, 2010; decided February 16, 2010

Motion for reargument denied [*see* 13 NY3d 554 (2009)].

———

JACQUES SEBAG, Appellant, v CARLOS NARVAEZ, Respondent.

Submitted January 19, 2010; decided February 16, 2010

Motion for reargument of motion for leave to appeal etc. denied [*see* 13 NY3d 711 (2009)].

———

CHAIM SIEGER, Respondent, v HELEN SIEGER, Appellant.

Decided February 16, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.